# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | RECEIVED |
| v. ) | DEC 21 9 37 AM '88 |
| JULIO GALICOT, et al. ) | USC 8998-0161 |
| ) | Magistrate's Case No. 88-979T |

**WARRANT ISSUED ON THE BASIS OF:**

__ Failure to Appear     __ Order of Court
X Indictment             __ Information
__ Complaint

**WARRANT FOR ARREST**

TO:

    Any U.S. Marshal ·or other
    authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

    JULIO GALICOT

DISTRICT OF ARREST:
Southern District of California

CITY OF ARREST:
San Diego

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

---

### DESCRIPTION OF CHARGES

Failure to File Currency Transaction Report; Causing the Failure to File or the False Filing of a Currency Transaction Report; Conspiracy; Aiding and Abetting

ARRESTED BY: _____ USMS In San Diego

GEORGE W. VENABLES
U.S. MARSHAL, S/CA
BY: _____ Maria

| IN VIOLATION OF | UNITED STATES CODE TITLE 31 | SECTION 5313(a) |
|---|---|---|
| **BAIL** No Bail | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY McInerney | | DATE ORDERED 21 Dec 1988 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

### RETURN

**THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.